LULU S. MILLER, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 29944.) — Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment dismissing a claim for damages alleged to have been sustained by reason of negligent condition of State highway.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [198 Misc. 791.]

■

NIKITAS D. DIPSON, Respondent, v. INTRASTATE THEATRE CORPORATION, Appellant.— Order modified on the law by striking therefrom all of paragraph 2 and all of paragraph 4, except the items (5) and (6) under (c), and as so modified affirmed, without costs of this appeal to either party. Memorandum: The complaint alleges a cause of action for waste. In such an action he cannot recover damages for loss of reputation of his theatre building, loss of goodwill or other intangibles. It follows that he may not, in this action, examine defendant as to items which concern only matters for which no damages may be recovered in his action for waste, for those items are not " material and necessary in the prosecution " of the action. (Civ. Prac. Act, § 288.) We pass upon no question as to plaintiff's claims against defendant under the lease or any other agreement not before us. All concur. (Appeal from an order granting plaintiff's motion for an examination before trial.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

■

FRANK P. SEIDER, Plaintiff, v. ADELLA L. KLINE et al., Defendants and Third-Party Plaintiffs-Respondents. SINCLAIR REFINING COMPANY, Third-Party Defendant-Appellant.— Order reversed on the law, with $10 costs and disbursements and motion granted, with $10 costs, with leave to the third-party plaintiffs to serve an amended complaint within twenty days after service of a copy of the order herein with notice of entry thereof, upon payment of the costs of the motion and of this appeal. Memorandum: We regard the third-party complaint as alleging only passive negligence. (Middleton v. City of New York, 300 N. Y. 732.) All concur, Taylor, P. J., not voting. (Appeal from an order denying a motion by the third-party defendant to dismiss the third-party complaint, in an action to recover damages for the alleged contamination of a well.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.